UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMATRIA MCCUISTION,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVITA, INC.,<br><br>    Defendant. | Case No. 1:21-cv-00985-JLT-EPG<br><br>ORDER RE: JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 26) |

On April 13, 2022, the parties filed a joint stipulation dismissing this entire action with prejudice and with each party bearing its own costs and fees. (ECF No. 26). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or fees. Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 14, 2022**                        /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1